IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANNABEL MCCLELLAN,

Defendant.

/

No. CR 10-00860 WHA

**ORDER REQUIRING RESPONSE FROM GOVERNMENT**

The Court is in receipt of defendant Annabel McClellan's request for exoneration of her bail, including her U.S. passport. By **NOON ON FEBRUARY 23, 2012**, the government should inform the Court if there is any reason why the request should not be granted.

**IT IS SO ORDERED.**

Dated: February 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE